**FILED**
CLERK, U.S. DISTRICT COURT

05/25/21

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>TRACY PITCHFORD,<br><br>             Defendant. | CR 2:21-cr-00255-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 287: False, Fictitious, or Fraudulent Claims; 18 U.S.C. § 641: Theft of Government Property] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 287, 2(b)]

On or about November 13, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant TRACY PITCHFORD made and presented, and willfully caused to be made and presented, to the Internal Revenue Service, a department and agency of the United States, a false, fictitious, and fraudulent claim upon the United States, that is, a claim for a refund of taxes in the amount of $1,547,500, made in an IRS Form 1120, U.S. Corporation Income Tax Return, in the name of The Pitchford Corporation for the period April 18, 2018 through December 31, 2019, which claim

defendant PITCHFORD knew to be false, fictitious, and fraudulent in that, as defendant PITCHFORD then knew, The Pitchford Corporation did not have federal income tax withheld in the amount of $1,600,000 and was not entitled to a tax refund in the amount of $1,547,500.

COUNT TWO

[18 U.S.C. § 641]

On or about January 13, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant TRACY PITCHFORD knowingly and willfully stole, purloined, and converted to her own use money of the United States Treasury, a department and agency of the United States, namely, a federal income tax refund in the approximate amount of $1,547,500 that was issued in the form of a United States Treasury check made payable to The Pitchford Corporation, to which defendant PITCHFORD knew that she was not entitled, with the intent to deprive the United States Treasury of the use and benefit of that money.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Deputy Chief, Major Frauds Section

VALERIE L. MAKAREWICZ
Assistant United States Attorney
Major Frauds Section